UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAY ACQUISITION, LLC, | |
| Plaintiff, | Hon. Garrett E. Brown, Jr. |
| v. | Civil Action No. 08-3769 (GEB) |
| MARTIN HELLER, MARGARET HELLER, ALAN MEADES, and THE HELLER GROUP, INC., | **ORDER** |
| Defendants. | |

This matter having come before the Court on the motion for summary judgment (Doc. No. 29) filed by Defendants Martin Heller, Margaret Heller, Alan Meades, and The Heller Group, Inc.; and the Court having reviewed the parties' submissions and decided the motion without oral argument pursuant to Federal Rule of Civil Procedure 78; and the Court having determined that Plaintiff lacks standing; and for the reasons set forth in the accompanying Memorandum Opinion;

IT IS THIS 13th day of August, 2010,

ORDERED that Plaintiff's complaint is DISMISSED FOR LACK OF STANDING.

The Clerk shall mark this matter CLOSED.

    S/Garrett E. Brown, Jr.
    Garrett E. Brown, Jr., Chief Judge
    United States District Court